**Order entered November 4, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00609-CV

## IN THE INTEREST OF W.A.H., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-08549-Z**

## ORDER

The reporter's record in this appeal is overdue. Accordingly, we **ORDER** Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file, no later than November 19, 2021, the reporter's record or written verification no hearings were recorded or appellant has not requested the record. Because the clerk's record includes a statement of inability to afford court costs and nothing before us reflects appellant has been ordered to pay costs, any record shall be filed without payment of costs. *See* TEX. R. CIV. P. 145.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finkley and the parties.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE